**93–1206.** Internatl. Union, United Automobile, Aerospace & Agricultural Implement Workers of Am. v. McFaul. *Cuyahoga County,* No. 62286. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 6, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**93–2628.** Sherman v. River Oaks Office Plaza, Ltd. *Cuyahoga County,* No. 62604. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective April 6, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–226.** Prudential Prop. & Cas. Ins. Co. v. LaMarr. *Lorain County,* No. 93CA005571. This cause is pending before the court on the filing of motions for an order directing the Court of Appeals for Lorain County to certify its record. Upon consideration of the application for dismissal of appellants Richard and Susan Schultz,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective April 6, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appeal of Richard and Susan Schultz be, and hereby is, dismissed.

IT IS FURTHER ORDERED that this cause shall remain pending in all other respects.

*Wednesday, April 13, 1994*

## MERIT DOCKET

**94–298.** State ex rel. Crane v. Judges, Court of Appeals of Ohio, Columbiana Cty. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–359.** State ex rel. Boyd v. Tandy Corporation. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–376.** State ex rel. Coker v. Ohio Parole Bd. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–410.** State ex rel. Bonilla v. Court of Appeals, Ninth Dist. Judges. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.